UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-203-T-27EAJ

WELLCARE HEALTH PLANS, INC.

**NOTICE OF SIMILAR CASE**

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case which concerns issues of law and facts related to those of the above-captioned case. That case is United States v. Gregory West,

Case No.  8:07-cr-527-T-26MAP, which has been assigned to United States District Court Judge Richard A. Lazzara.

          Respectfully submitted,

          A. BRIAN ALBRITTON
          United States Attorney


By: s/ *Jay G. Trezevant*
   Jay G. Trezevant
   Assistant United States Attorney
   Florida Bar No. 802093
   400 North Tampa Street, Suite 3200
   Tampa, Florida 33602
   Telephone:   813-274-6312
   Facsimile:    813-274-6103
   E-mail:         jay.trezevant@usdoj.gov


By: s/ *Anthony E. Porcelli*
   Anthony E. Porcelli
   Assistant United States Attorney
   Florida Bar No. 0157775
   400 North Tampa Street, Suite 3200
   Tampa, Florida 33602
   Telephone:    (813) 274-6086
   Facsimile:     (813) 274-6103
   E-mail: anthony.porcelli@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gregory Kehoe, Esquire

By: *s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 802093
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6312
Facsimile: 813-274-6103
E-mail: jay.trezevant@usdoj.gov